

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00092-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On February 15, 2022, the Texas Department of Family and Protective Services (Relator) filed a petition for writ of mandamus.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **by March 15, 2022**. Any response must comply with Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of the Court

---

[1] This proceeding arises out of Cause No. 2020-PA-01628, styled *In the Interest of J.F., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.